# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| LARRY SNOWTON, | § | |
| | § | |
| | § | Civil Action No.  4:15-CV-00371-ALM |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| DAVID SOKOLSKY, ET. AL., | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 29, 2016, the report of the Magistrate Judge (Dkt. #26) was entered containing proposed findings of fact and recommendations that Defendants David Sokolsky and DH Holdings' Motion to Dismiss  (Dkt. #12) be granted.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants David Sokolsky and DH Holdings' Motion to Dismiss (Dkt. # 12) is **GRANTED**, and Plaintiff's claims against each of Defendants David Sokolsky and DH Holdings are **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

 **SIGNED this 16th day of March, 2016.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE